## TERAMINE v. SHUTTLEWORTH, Warden.
### No. 10033.

Circuit Court of Appeals, Sixth Circuit.
Oct. 17, 1945.

James V. Bellanca and Donald F. Welday, both of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., and Vincent Fordell, Asst. U. S. Atty., both of Detroit, Mich., for appellee.

Before ALLEN and MARTIN, Circuit Judges, and FORD, District Judge.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And it appearing that the appellant is in confinement at the Federal Correctional Institution at Milan, Michigan, by virtue of a valid sentence of imprisonment in a penitentiary for the term of two years beginning on the date on which he was received at the penitentiary for service of such sentence;

And it appearing that this sentence, imposed May 25, 1942, was to run consecutively with a previous sentence imposed November 20, 1934:

And it appearing that the sentence under the prior conviction was not fully executed until November 9, 1944:

It is ordered that the order dismissing the petition for writ of habeas corpus be, and it hereby is, affirmed. Cf. Tippit v. Squier, 9 Cir., 145 F.2d 211.